**Charlotte A. LOVE, Relator,**

v.

**ALLINA HEALTH SYSTEM, Self–Insured/Gallagher Bassett Services, Inc., Respondent,**

and

**Life Insurance Company of North America, Health Partners, Allina Health System, Twin Cities Orthopedics, Minnesota Department of Human Services, and Minnesota Department of Employment and Economic Development, Intervenors.**

**No. A10–1675.**

Supreme Court of Minnesota.

Dec. 30, 2010.

Rehearing Denied Jan. 26, 2011.

Charlotte A. Love, pro se.

Paula Penny Helgren, Brown & Carlson, P.A., Minneapolis, Minnesota, for respondents.

### ORDER

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the decision of the Workers' Compensation Court of Appeals filed September 1, 2010, be, and the same is, affirmed without opinion. *See Hoff v. Kempton,* 317 N.W.2d 361, 366 (Minn.1982) (explaining that "[s]ummary affirmances have no precedential value because they do not commit the court to any particular point of view," doing no more than establishing the law of the case).

BY THE COURT:

/s/Christopher J. Dietzen
Associate Justice